**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Antonio AGUILAR, Defendant–Appellant.**

No. 02–7325.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Juan Antonio Aguilar, Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Juan Antonio Aguilar seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Aguilar has not made a substantial showing of the denial of a constitutional right. *See United States v. Aguilar,* Nos. CR–00–330; CA–02–2529 (D.S.C. Aug. 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*